IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MARCOS DANIEL SULLA HUAYNA | * |
| PLAINTIFF, | * |
| v. | * Case No: 1:16-CV-908-TSE-JFA |
| BEEREN & BARRY INVESTMENTS, LLC | * |
| DEFENDANT. | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, as reflected by the signatures of their respective counsel below, hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please mark this case as "Dismissed With Prejudice."

Respectfully submitted,

/s/ Gregg C. Greenberg
Gregg C. Greenberg, Bar No.: 79610
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (phone)
(240) 839-9142 (fax)
ggreenberg@zagfirm.com

*Counsel for Plaintiff*

/s/ Hans P. Riede
Hans P. Riede, Bar No.: 75352
Matthew B. Kapuscinski, Bar No.: 82269
Odin, Fedelman & Pittleman, P.C.
1775 Wiehle Ave., Suite 400
Reston, Virginia 20190
(703) 218-2100 (phone)
(703) 218-2160 (fax)
Hans.Riede@ofplaw.com
Matt.Kapuscinski@ofplaw.com

*Counsel for Defendant*

So Ordered

/s/ _____ 9/6/16
T. S. Ellis, III
United States District Judge